February 5, 2025

**VIA ECF**

Honorable Kari A. Dooley, U.S.D.J.
Brien McMahon Federal Building
United States Courthouse
915 Lafayette Boulevard – Suite 417
Bridgeport, Connecticut  06604

Re:     *Verderame v Futurity First Insurance Group, LLC*, Case No. 3:24-cv-01262-KAD

Dear Judge Dooley:

In accordance with the Joint Motion to Stay Proceedings Pending Mediation (ECF No. 15), as granted by the Court on October 31, 2024 (ECF No. 17), the Parties are pleased to report that, following a successful private mediation with Mr. Rodney Max, they have reached a settlement in principle on a class-wide basis.  The Parties are in the process of negotiating a formal settlement agreement, including notice provisions, and we expect that the Plaintiff will be filing a motion for preliminary approval of the settlement once that process is completed.  We therefore respectfully request that the stay in this case be reinstated and remain in effect until such time as the Parties finalize the settlement and Plaintiff files for preliminary approval.  The Parties will report on their progress within forty-five (45) days of this correspondence if a motion for preliminary approval is not filed by that time.

Respectfully submitted,

By:*/s/ Seth R. Lesser*
Seth R. Lesser (ct27068)
**KLAFTER LESSER LLP**
Two International Drive, Suite 350
Rye Brook, New York 10573
Telephone: 914.934.9200
Facsimile: 914.934.9220
Email: seth@klafterlesser.com

Marc H. Edelson (*pro hac vice anticipated*)
**EDELSON LECHTZIN LLP**
Newton, PA 18940
Telephone: 215.867.2399
Facsimile: 215.685.0676
Email: medelson@edelson-law.com

*Attorneys for Plaintiff and Proposed Class*

Honorable Kari A. Dooley, U.S.D.J.
February 5, 2025
Page 2


By: */s/ Philip H. Bieler*
Philip H. Bieler (ct16252)
Eric R. Fish (*pro hac vice*)
**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: 212.589.4200
Facsimile: 212.589.4201
Email: pbieler@bakerlaw.com
Email: efish@bakerlaw.com

Nathalie A. Freeman (*pro hac vice anticipated*)
1735 Market Street, Suite 3300
Philadelphia, Pennyslvania 19103
Telephone: 215.568.3100
Facsimile: 215.568.3439
Email: nfreeman@bakerlaw.com

*Attorneys for Defendant Futurity First Insurance Group, LLC*