April 21, 2025

**VIA ECF**

Honorable Kari A. Dooley, U.S.D.J.
Brien McMahon Federal Building
United States Courthouse
915 Lafayette Boulevard – Suite 417
Bridgeport, Connecticut  06604

Re:     *Verderame v Futurity First Insurance Group, LLC*, Case No. 3:24-cv-01262-KAD

Dear Judge Dooley:

In accordance with the Parties' March 25, 2025 Joint Status Update and the corresponding March 25, 2025 Entry Setting Deadlines, the Parties write to jointly update the Court on the status of the above referenced matter. The Parties report that they have agreed to the substantive terms of the proposed class-wide settlement and are still working to finalize the settlement agreement, proposed notice documents, proposed claims form, and proposed preliminary and final approval orders. Based on the current status of the settlement agreement and ancillary papers, the Parties anticipate that all documents will be finalized, and Plaintiff's Motion for Preliminary Approval will be filed, within thirty (30) days of this correspondence, on or before May 21, 2025.

If Plaintiff's forthcoming Motion for Preliminary Approval is not filed by that time, the Parties shall submit a further status update to this Court.

Respectfully submitted,

By:*/s/ Seth R. Lesser*
Seth R. Lesser (ct27068)
**KLAFTER LESSER LLP**
Two International Drive, Suite 350
Rye Brook, New York 10573
Telephone: 914.934.9200
Facsimile: 914.934.9220
Email: seth@klafterlesser.com

Marc H. Edelson (*pro hac vice*)
**EDELSON LECHTZIN LLP**
Newton, PA 18940
Telephone: 215.867.2399
Facsimile: 215.685.0676
Email: medelson@edelson-law.com

*Attorneys for Plaintiff and Proposed Class*

Honorable Kari A. Dooley, U.S.D.J.
April 21, 2025
Page 2


By: */s/ Philip H. Bieler*
Philip H. Bieler (ct16252)
Eric R. Fish (*pro hac vice*)
**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: 212.589.4200
Facsimile: 212.589.4201
Email: pbieler@bakerlaw.com
Email: efish@bakerlaw.com

Nathalie A. Freeman (*pro hac vice*)
1735 Market Street, Suite 3300
Philadelphia, Pennyslvania 19103
Telephone: 215.568.3100
Facsimile: 215.568.3439
Email: nfreeman@bakerlaw.com

*__Attorneys for Defendant Futurity First Insurance Group, LLC__*