THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| **CONCETTA C. VERDERAME, on behalf of herself and all others similarly situated**<br><br>**Plaintiff,**<br>v.<br><br>**FUTURITY FIRST INSURANCE GROUP, LLC,**<br><br>**Defendant.** | **Case No: 3:24-cv-01262-KAD** |

**PLAINTIFF'S NOTICE OF UNOPPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT, TO AUTHORIZE CLASS NOTICE, AND TO SCHEDULE A FINAL APPROVAL HEARING**

**PLEASE TAKE NOTICE** that upon the Declaration of Marc H. Edelson, the Declaration of Seth R. Lesser, and the Declaration of Richard W. Simmons, and the accompanying memorandum of law, Plaintiff, by and through her undersigned counsel, shall jointly move this Court, at a time to be determined by the Court, for an Order (1) granting preliminary approval of the Settlement; (2) certifying the Class for the purpose of the Settlement pursuant to Fed. R. Civ. P. 23(a) and 23(b)(3); (3) ordering the Settlement Administrator to direct and issue notice to the Class under the terms of the Settlement Agreement; (4) appointing Concetta C. Verderame as Class Representative for the purpose of the Settlement; (5) appointing Marc Edelson of Edelson Lechtzin LLP, and Seth Lesser of Klafter Lesser LLP as Plaintiff's Counsel for the Settlement Class; and (6) entering the Settlement schedule as proposed by the terms of the Settlement Agreement.

Defendant Futurity does not oppose the relief sought in this motion. A copy of the proposed Settlement Agreement is attached as Exhibit A to the Declaration of Marc H. Edelson.

Respectfully submitted,

______________________________
Seth R. Lesser (Bar No.: CT 27068)
**Klafter Lesser LLP**
Two International Drive, Suite 350
Rye Brook, NY 10573
Telephone: 914 934 9200
Facsimile: 914 934 9220
Email: seth@klafterlesser.com

Marc H. Edelson (admitted *Pro Hac Vice*)
**EDELSON LECHTZIN LLP**
411 S. State Street, Suite N-300
Newtown, PA 18940
Telephone: (215) 867-2399
Facsimile: 267-685-0676
Email: medelson@edelson-law.com

***Counsel for Plaintiff and the Proposed Class***