THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| CONCETTA C. VERDERAME on behalf of herself and all others similarly situated<br><br>Plaintiff,<br><br>v.<br><br>FUTURITY FIRST INSURANCE GROUP, LLC,<br><br>Defendant. | Case No: 3:24-cv-01262-KAD |

**PLAINTIFF'S NOTICE OF MOTION FOR FINAL APPROVAL
OF CLASS ACTION SETTLEMENT AND FOR APPLICATION OF AN AWARD OF
ATTORNEYS' FEES AND EXPENSES AND CERTIFICATION OF SETTLEMENT CLASS**

Plaintiff Concetta C. Verderame ("Named Plaintiff"), by and through her counsel, Marc Edelson, Edelson Lechtzin LLP and Seth Lesser, Klafter Lesser LLP ("Class Counsel"), respectfully move the Court for an Order granting final approval of the Class Action Settlement Agreement, and for the Application for an Award of Attorneys' Fees and Expenses and final certification of the Class pursuant to Federal Rules of Civil Procedure 23(b)(1) and/or 23(b)(2), and for entry of the Order and Final Judgment. The reasons in support thereof are in the respective memoranda in support of the motion and application and accompanying declarations.

Dated: November 25, 2025

Respectfully submitted,

_/s/ Seth R. Lesser_

Seth R. Lesser
Klafter Lesser LLP
Two International Drive, Suite 350
Rye Brook, NY 10573
Telephone: 914 934 9200
Facsimile: 914 934 9220
Email: seth@klafterlesser.com

Marc H. Edelson
(admitted *Pro Hac Vice*)

1

EDELSON LECHTZIN LLP
411 S. State Street, Suite N-300
Newtown, PA 18940
Telephone: (215) 867-2399
Facsimile: 267-685-0676
Email: medelson@edelson-law.com

*Counsel for Plaintiffs and the Proposed Class*