## UNITED STATES DISTRICT COURT, DISTRICT OF CONNECTICUT
## CIVIL STANDARD MINUTES

Date: **12/19/2025**

**Verderame**
Vs.
**Futurity First Insurance Group, LLC**

Start Time: **10:02 AM**  End Time: **10:22 AM**

Recess (if more than ½ hr) _____ to _____

Total Time ____ hour(s) **20** minute(s)

Case #: **3:24-cv-01262-KAD**
Honorable Judge: **Kari A. Dooley**
Deputy Clerk: **Kristen Gould**
Counsel for Pla(s): **Seth R. Lesser**
Counsel for Dft(s): **Eric R. Fish**
Reporter/ECRO/Courtsmart: **Tracy Gow**
Interpreter: _____ Language: _____
Hearing held: ☑ in person  ☐ by video  ☐ by telephone

**HEARING AND TIME**

| ■ Motion/Oral Argument **20** | ☐ Show Cause Hearing ____ | ☐ Evidentiary Hearing ____ |
| ☐ Judgment Debtor Exam ____ | ☐ Pretrial Conference ____ | ☐ Scheduling Conference ____ |
| ☐ Status Conference ____ | ☐ Settlement Conference ____ | ☐ Other: _____ ____ |

**MOTIONS**

- ■ Motion **Final MOTION for Settlement of Class*** filed by ■ Pla ☐ Dft ■ granted ☐ denied ☐ taken under advisement
- ■ Motion **for Attorney Fees and Costs*** filed by ■ Pla ☐ Dft ■ granted ☐ denied ☐ taken under advisement
- ☐ Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ taken under advisement
- ☐ Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ taken under advisement
- ☐ ORAL Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement
- ☐ ORAL Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement
- ☐ ORAL Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement
- ☐ ORAL Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement
- ☐ Brief(s) due _____  ☐ Proposed Findings due _____  Response due _____
- ☐ Status report due _____
- ☐ Hearing continued until _____ at _____

**NOTES**

*Separate orders to enter.

Rev. 3/21/24